Rockwood Music Hall
Proforma Income Statement Projections

| | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Proj. | Proj. | Proj. | Proj. | Proj. | Proj. | Proj. | Proj. | Proj. | Proj. | Proj. | Proj. | Proj. | Proj. | Proj. |
| **Shows** | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 3,840 | 3,840 | 3,840 |
| **Sales Revenue** | | | | | | | | | | | | | | | |
| Beverage Sales | 155,000 | 157,100 | 159,200 | 161,300 | 163,400 | 165,000 | 165,500 | 166,500 | 167,500 | 168,500 | 169,500 | 170,500 | 1,969,000 | 2,046,000 | 2,148,300 |
| Ticket/Special event Sales | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 600,000 | 600,000 | 600,000 |
| Recording Revenue | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 | 30,000 | 30,000 |
| **Total Sales Revenue** | 207,500 | 209,600 | 211,700 | 213,800 | 215,900 | 217,500 | 218,000 | 219,000 | 220,000 | 221,000 | 222,000 | 223,000 | 2,599,000 | 2,676,000 | 2,778,300 |
| **Cost of Sales** | | | | | | | | | | | | | | | |
| Beverages/grocery | 23,250 | 23,565 | 23,880 | 24,195 | 24,510 | 24,750 | 24,825 | 24,975 | 25,125 | 25,275 | 25,425 | 25,575 | 295,350 | 306,900 | 322,245 |
| Ticketed Band Payout | 30,100 | 30,100 | 30,100 | 30,100 | 30,100 | 30,100 | 30,100 | 30,100 | 30,100 | 30,100 | 30,100 | 30,100 | 361,200 | 361,200 | 361,200 |
| Wages Bar Staff | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 129,600 | 136,080 | 142,884 |
| Contract labor: Sound Staff | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 10,800 | 129,600 | 136,080 | 142,884 |
| Contact Labor: Door Staff | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 | 37,800 | 39,690 |
| Contract Labor: Bar Manager | 7,750 | 7,750 | 7,750 | 7,750 | 7,750 | 7,750 | 7,750 | 7,750 | 7,750 | 7,750 | 7,750 | 7,750 | 93,000 | 97,650 | 102,533 |
| Contract Labor: Cleaning Staff | 3,467 | 3,467 | 3,467 | 3,467 | 3,467 | 3,467 | 3,467 | 3,467 | 3,467 | 3,467 | 3,467 | 3,467 | 41,604 | 43,684 | 45,868 |
| Contract Labor: Piano Tuner | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 4,500 | 4,725 | 4,961 |
| Bar & Stage Supplies | 2,325 | 2,357 | 2,388 | 2,420 | 2,451 | 2,475 | 2,483 | 2,498 | 2,513 | 2,528 | 2,543 | 2,558 | 29,535 | 30,690 | 32,225 |
| **Total Cost of Sales** | 91,867 | 92,214 | 92,560 | 92,907 | 93,253 | 93,517 | 93,600 | 93,765 | 93,930 | 94,095 | 94,260 | 94,425 | 1,120,389 | 1,154,809 | 1,194,490 |
| **Gross Profit** | 115,633 | 117,387 | 119,140 | 120,894 | 122,647 | 123,983 | 124,401 | 125,236 | 126,071 | 126,906 | 127,741 | 128,576 | 1,478,611 | 1,521,191 | 1,583,810 |
| **Operating Expenses** | | | | | | | | | | | | | | | |
| **SG&A Expenses** | | | | | | | | | | | | | | | |
| Advertising and Marketing | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 | 24,000 | 25,200 |
| Bank Services Charges/cc fees | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 12,000 | 12,600 |
| Business Licenses and Permits | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,774 | 3,963 |
| Internet/Phone Expenses | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 12,000 | 12,600 |
| Fire Safety | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 | 3,000 | 3,150 |
| Supplies/Miscellaneous | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 12,000 | 12,600 |
| Accounting | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 | 36,000 | 37,800 |
| Lawyer fees | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 | 60,000 | 63,000 |
| Payroll Provider fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12,000 |
| Security Services | 4,960 | 4,800 | 4,800 | 4,960 | 4,800 | 4,960 | 4,960 | 4,480 | 4,960 | 4,800 | 4,800 | 4,960 | 58,240 | 58,240 | 61,152 |
| Service and Repairs | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | 12,000 | 12,600 |
| Office Staff | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 200,004 | 200,004 | 210,004 |
| Other Tax | 6,430 | 6,430 | 6,430 | 6,430 | 6,430 | 6,430 | 6,430 | 6,430 | 6,430 | 6,430 | 6,430 | 6,430 | 77,160 | 77,160 | 81,018 |
| Utilities | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 96,000 | 96,000 | 100,800 |
| Subscriptions | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 360 | 360 | 378 |
| Worker's Comp/Disability/Unemp insurance | 1,174 | 1,174 | 1,174 | 1,174 | 1,174 | 1,174 | 1,174 | 1,174 | 1,174 | 1,174 | 1,174 | 1,174 | 14,088 | 14,088 | 14,792 |
| **Total SG&A Expenses** | 51,511 | 51,351 | 51,351 | 51,511 | 51,351 | 51,511 | 51,511 | 51,031 | 51,511 | 51,351 | 51,351 | 51,511 | 616,852 | 620,626 | 663,657 |
| **Occupancy Costs** | | | | | | | | | | | | | | | |
| Commercial Liability Insurance | 839 | 839 | 839 | 839 | 839 | 839 | 839 | 839 | 839 | 839 | 839 | 839 | 10,068 | 10,068 | 10,571 |
| Rent Expense | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 330,000 | 360,000 | 370,800 |
| **Total Occupancy Costs** | 28,339 | 28,339 | 28,339 | 28,339 | 28,339 | 28,339 | 28,339 | 28,339 | 28,339 | 28,339 | 28,339 | 28,339 | 340,068 | 370,068 | 381,371 |
| **Total Operating Expenses** | 79,850 | 79,690 | 79,690 | 79,850 | 79,690 | 79,850 | 79,850 | 79,370 | 79,850 | 79,690 | 79,690 | 79,850 | 956,920 | 990,694 | 1,045,029 |
| **Income from Operations** | 35,783 | 37,697 | 39,450 | 41,044 | 42,957 | 44,133 | 44,551 | 45,866 | 46,221 | 47,216 | 48,051 | 48,726 | 521,691 | 530,497 | 538,782 |

Rockwood Music Hall
Proforma Cash Flow Projections

| | Feb-00 | Mar-00 | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | Sep-00 | Oct-00 | Nov-00 | Dec-00 | Jan-01 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Starting Balance | 0 | 3,540 | 8,994 | 16,201 | 25,001 | 35,715 | 0 | 12,308 | 25,930 | 39,908 | 54,880 | 70,688 | 0 | 134,775 | 278,356 |
| Operating Income | 35,783 | 37,697 | 39,450 | 41,044 | 42,957 | 44,133 | 44,551 | 45,866 | 46,221 | 47,216 | 48,051 | 48,726 | 521,691 | 530,497 | 538,782 |
| Equity Raise | | | | | | | | | | | | | | | 0 |
| Debt Repay | (32,243) | (32,243) | (32,243) | (32,243) | (32,243) | (32,243) | (32,243) | (32,243) | (32,243) | (32,243) | (32,243) | (32,243) | (386,916) | (386,916) | (386,916) |
| Credit Cards | | | | | | | | | | | | | | | |
| Bar Restock | | | | | | | | | | | | | | | 0 |
| Total Cash Flow | 3,540 | 5,454 | 7,207 | 8,801 | 10,714 | 11,890 | 12,308 | 13,623 | 13,978 | 14,973 | 15,808 | 16,483 | 134,775 | 143,581 | 151,866 |
| **Ending Balance** | 3,540 | 8,994 | 16,201 | 25,001 | 35,715 | 47,605 | 12,308 | 25,930 | 39,908 | 54,880 | 70,688 | 87,170 | 134,775 | 278,356 | 430,221 |